FILED

12/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0564

IN THE SUPREME COURT FOR THE STATE OF MONTANA

NO. DA 23-0564

ANTHONY CORDERO, on behalf of himself and others
individually situated,

Plaintiff/Appellant,

v.

MONTANA STATE UNIVERSITY and WADED CRUZADO,

Defendants/Appellees.

---

ORDER GRANTING DEFENDANTS'/APPELLEES' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE ANSWER BRIEF

---

ON APPEAL FROM THE MONTANA FIRST JUDICIAL DISTRICT COURT,
LEWIS AND CLARK COUNTY, CAUSE NO. DV-25-2020-0001975-BC

BEFORE THE HONORABLE MICHAEL F. McMAHON

---

Pursuant to Rule 26(1), M.R.App.P., Defendants/Appellees Montana State University and Waded Cruzado are granted a thirty-day extension of time through and including Monday, February 12, 2024, within which to file their answer brief.

ELECTRONICALLY SIGNED and DATED as indicated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 19 2023